# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PENNY L. DAVIS, | Case No.: 2:13-cv-01774-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT &** |
| | **RECOMMENDATION OF MAGISTRATE** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | **JUDGE NANCY J. KOPPE** |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered November 5, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by November 22, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED,** and this action is **DISMISSED without prejudice** to the Plaintiff's ability to commence a new action in which she either pays the appropriate filing fee in full or submits a completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 26th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge